**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 31 MAP 2015
:
Appellant :
:
:
:
v. :
:
:
SHAWN PATRICK MCGINNIS, JR., :
:
Appellee :

## ORDER

**PER CURIAM**                                     **FILED:  August 6, 2015**

AND NOW, this 6th day of August, 2015, the Motion to Quash is **GRANTED**.